MN, ND-305
(5/94)

*1 89955*

*Nurg 1/28/10*

*KLH*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor:   Gerald W. Schultz

Chapter 7 Case No. 08-41682

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Dockter-Lutz Chiropractic<br>620 Civic Hts Dr Ste 108<br>Circle Pines, MN 55014 | 3 | 163.24 | 4.36 |

Dated: January __, 2010

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\G. Schultz\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile: (952) 890-0244

January 27, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:  Gerald W. Schultz
     BKY No. 08-41682

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $4.36 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee